

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THOMAS LEONARD, | § | No. 08-14-00139-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's motion to abate the appeal for the trial court to conduct a hearing on Appellant's motion to disqualify Judge Maria Salas-Mendoza because Judge Stephen Ables denied the motion without conducting an evidentiary hearing. Appellant cites TEX.R.APP.P. 44.4 in support of his motion. In order for Rule 44.4 to apply, a court of appeals must first determine, upon hearing the case on the merits, that error exists. Appellant has not, however, filed his brief and the case has not been submitted for a decision on the merits. The Court will consider this issue if raised by Appellant in his brief on the merits, but we will not address it by motion.

In this same motion, Appellant also moves to disqualify Judge Peter Peca, Judge Susan Larsen, and Judge Ables on the ground they deprived Appellant of counsel at a critical stage. Appellant cites no authority, and we are aware of none, permitting him to file, in the court of

appeals, a motion to disqualify a trial judge for an alleged error committed during the trial of the case on appeal. For these reasons, the motion is DENIED.

IT IS SO ORDERED this 22nd day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.